**Federal: In The US District Court For the Eastern District of Virginia**

## <u>Newport News Division</u>

**Riley Dyson Biro,**

**Plaintiff,**                                   **Case No.**

**V.**

**Timothy Flynn, Tavis Henry, Mike Chapman,**

**Jim Dzurilla, Loudoun County Public Schools, The Commonwealth of**

**Virginia, Governor Glenn Younkin, Attorney General Kevin Minayes,**

**Judge Thomas Horne, Loudoun County Commonwealth's Attorney**

**Buta Biberaj, Special Counsel Eric Olsen.**

**Defendants.**

1    Throughout the fall of 2020 and the winter of 2020-2021 Stone Bridge High School senior Riley Dyson Biro vocally expressed his support for then

incumbent President Donald J Trump's reelection bid. This upset many of Riley Biro's liberal classmates because they perceived Donald Trump is racist and that racism is the greatest evil in existence and some of them began to try to silence through harassment and intimidation. Riley Biro received numerous death threats from his peers on social media. In defiance of the woke mob attempting to intimidate him into silence, Riley Biro began to make more frequent, graphic, offensive and at times bluntly racist social media posts in support of President Trump and other right wing political figures, organizations and causes. Everything Riley Biro said fell within what was protected by the free speech clause of the first amendment to the U.S. constitution.

**2**    In January of 2021 several of Riley Biro's classmates emailed Stone Bridge High School Principal Timothy James Flynn and Stone Bridge School Resource Officer Tavis Henry, who is a duly appointed deputy of Loudoun County Sheriff Mike Chapman, requesting they make a political example out of Riley Biro by expelling him from school and throwing him in jail. On 1/25/2021 Riley Biro received an email from Stone Bridge High School Vice Principal Hedi Hayes requesting that he come meet with her at

the school. Riley Biro replied to Vice Principal Hayes' email stating he intended to come by the school on the morning of 1/28/2021.

3    When Riley Biro arrived at the school on the morning of 1/28/2021 Principal Flynn came running out of the school irately scarring, verbally threatening, and physically posturing towards Riley Biro as if he were going to physically attack him. He was offended that Riley Biro was using "hate speech".  When Riley Biro tried to walk away Principle Flynn stood in front of him and blocked his path of exit before Stone Bridge School Resource Officer Tavis Henry and LCPS Security Guard Jim Durzilla then came out of the school and held held Riley Biro in a corner while Principle Flynn continued to scream at him. This incident was recorded by the school's security cameras.

4    Later that day, 1/28/21, Riley Biro filed a complaint with the Virginia Department of Education against Stone Bridge Principle Timothy Flynn via emails to several officials within the department's office of educational civil rights and emailed Principle Flynn and the Loudoun County School Board a cease and desist letter he wrote demanding that Principle Flynn and the district immediately stop violating Riley Biro's civil rights and attempting to

retaliate against him for having exercised them. The Virginia Department of Education responded to Riley Biro's emails on 1/29/2021, and promptly began an investigation into the incident between Riley Biro and Principal Flynn. On 2/1/2021 Riley Biro met with Loudoun County Public Schools Interim Superintendent Douglas Fulton and 2 representatives of Loudoun County Public School's human resources office about the incident in between him and Principle Flynn on 1/28/2021. On 2/3/2021 Timothy Flynn filed a protective order against Riley Biro in the Loudoun County General District court falsely alleging that Riley Biro had been verbally abusive and physically assaultive towards him. The district court scheduled a hearing for Timothy Fylln's petition for protective order on 2/18/2018. Riley Biro filed a protective order against Timothy Flynn truthfully alleging verbal abuse, threatened assault, and legal harassment. The hearing date for Riley Biro's petition for a protective order was also set for 2/18/2021.

**5**    Timothy Flynn's protective order was granted in a default judgment and Riley Biro's protective order was dismissed for plaintiff failure to appear on 2/21/2021 when the 2/18/2021 hearings were continued because the Loudoun County courts were closed due to a snowstorm on 2/18/2021. Riley Biro was a teenager in highschool that had recently fled an extremely

abusive family with just the clothes on his back and he couldn't afford a lawyer and at the time did not qualify for court appointed counsel or a court appointed guardian ad litem was never informed of the continuance. After being served with a permanent protective order issued by the district court Riley Biro immediately filed notice of appeals for both the issuance of Flynn's and the denial of his protective order. The Appeal from the general district court to the circuit court was immediately perfected because such an appeal is a matter of right.

**6** On 2/20/2021 Stone Bridge School Resource Officer falsely accused Riley Biro of violating Timothy Fylln's protective order for allegedly posting a threatening statement directed at him on SnapChat in a criminal complaint filed in the Loudoun County General District Court. The complaint discussed how Deputy Henry and a Lcps school security guard talked over the weekend about making up allegations of a protective order violation and arresting Riley Biro on Monday. Riley Biro was arrested and released on a $1,500 unsecured bond the following morning. The trial for this charge was scheduled for the morning of 4/7/2021. The Loudoun County Commonwealth's Attorney's Office assigned Assistant Commonwealth's Attorney Kimberly Phillips to prosecute the case while the

court appointed Jonathan Monroe from the local public defender's office to serve as defense counsel for Riley Biro. Jonathon Monroe immediately began contacting Kimberly Phillips to request a copy of the social media post threatening Timothy Fylln that Riley Biro had allegedly made. Jonathan Monroe persistently asked her for the social media post. The defense was entitled to this post in discovery pursuant to <u>VA Supreme Court Rule 7:1c</u>.

7    On 3/15/2021 Riley Biro, proceeding pro se filed a precipice in his appeal of Flynn's protective order requesting the recusal of a local circuit judge that had an extensive history with his family. Respondent/Appellate Riley Biro emailed a copy of this filing to Petitioner/Appellant Timothy Flynn who was also proceeding pro se in compliance with <u>VA Supreme Court Rule 1:12</u>. Such contact solely to comply with the rules of court is permitted and protected by <u>The due process clause of the 14th Amendment to the US Constitution</u> and <u>42 USC 1981</u>. School Resource Officer Tavis Henry nonetheless filed a criminal complaint alleging Riley Biro had violated the no contact provision of the protective order. The magistrate, in a clear dereliction of duty, issued an arrest warrant.

**8**    Later that day, 3/15/2021, Loudoun County Sheriff's Deputy Ashley Frye arrested Riley Biro on his outstanding warrant for allegedly violating Flynn's protective order. Deputy Frye was extremely rude and abusive towards Riley Biro when arresting him. Riley Biro suffers from a mental health condition known as Complex Posttraumatic Stress Disorder as a result of his abusive childhood. Frye's behavior combined with the numerous other severe stressors he was facing caused him to have a panic attack. During his panic attack that occurred in the backseat of Deputy Frye's patrol car and in the booking room at the jail Riley Biro made numerous gruesome verbal threats toward Ashley Frye. Ashley Frye charged him with two counts of felony threats to bomb or burn and two counts of misdemeanor obstruction of justice.

**9**    Riley Biro was denied bond on his new charges and his bond on the 2/20/2021 protective order violation charge was revoked. On 4/7/2021 Riley Biro arrives in court for his trial on the 2/20/2021 protective order violation charge. Riley Biro knew the charge was baseless and an acquittal was almost certain. Jonathan Monroe, defense counsel for Riley Biro moves the court to dismiss the charge because the commonwealth had violated his discovery rights pursuant to <u>VA Supreme Court Rule 7:1c</u>. The prosecutor,

Assistant Commonwealth's Attorney Kimberly Phillips, sought a continuance. She lied to the court saying that she was unaware Riley Biro had defense counsel and then proceeded to request the appointment of a special prosecutor when she was in her lie after both the defense counsel and the judge pointed out that both she and Jonathan Monroe were present at Riley Biro's arraignment and bond revocation hearings. The court granted a continuance for so special counsel could be appointed despite Kimberly Phillips' arguments being extremely vague and having no meritts. The trial for the 2/20/2021 protective order violation was continued to 4/28/2021.

**10**    Riley Biro gave the judge and prosecutor the middle finger as when was escorted out of the courtroom because he was frustrated about his trial being continued because his inevitable acquittal would place him in a better position to receive bond on his new charges. The bailiff then slammed Riley Biro into the wall face first and Riley Biro reflexively punched him in the face a single time. For this Riley Biro was charged with assault on a law enforcement officer. Back at the jail Riley Biro was placed in solitary confinement because of this altercation.

**11**   The 4/28/2021 trial for the 2/20/2021 protective order violation was continued on the commonwealth's motion. The entire district court bench then recused themselves and all matters were set to be heard before a judge designate on 5/27/2021. This included trials for the misdemeanors and preliminary hearing for the felonies. On 5/27/2021 Special Counsel Eric Olsen moved to nolle prosequi all the misdemeanors with the expressed intention to directly indict Riley Biro on all the misdemeanors after the felonies went before the grand jury. The defendant objected through counsel but the court ordered a nolle pros over objection. The district court found probable cause on all the felonies and certified them to the grand jury.

**12**   The Grand Jury found probable cause on all indictments filed by Special Counsel Olsen. Riley Biro now stood indicted on 7 charges, Violation of a protective order CR00036543-00, violation of a protective order CR00036544-00, obstruction of justice CR00036545-00 obstruction of justice CR00036546, threatening to bomb or burn CR00036541-00, threatening to bomb or burn CR00036542-00, and assault and battery of a law enforcement officer CR00036540-00. The trial for the indictments was set for 8/30 to 9/2 of 2021. Upon the returns of the indictment the defense

moved the court to set bond and grant the accused pretrial release. Defense counsel immediately issued subpoena duces tecums requesting exculpatory evidence against the Virginia Department of Education, the Virginia State Police,the Loudoun County Sheriff's Office, The Loudoun County jail, and Stonebridge High School. Defense counsel provided notice of his intention to introduce Riley Biro's mental condition as evidence under VA Code 19.2-271.6 and filed a motion for the court to provide funds so his indigent client could receive a forensic psychological evaluation. Special Counsel Olsen objected to the motion for funds for a mental evaluation and insisted that the local community services board, which had informed the court they would not be able to perform an evaluation under section 271.6 until October do the mental health evaluation. Special Counsel Olsen moved to quash the subpoena duces against the law enforcement agencies on the grounds that as law enforcement agencies they are agents of the commonwealth and thus parties to the case and therefore immune to the process of criminal subpoena duces tectum. The court then ordered the subpoenas quashed and that Riley Biro receive his forensic psychological assessment from Loudoun County Mental Health and Community Services. Defense counsel then submitted freedom of information act requests to the various law enforcement agencies in possession of material evidence

relevant to the defense and the agencies refused to provide the records because Special Counsel Olsen had contacted them and urged them to ignore any FOIA request filed by or on behalf of Riley Biro. Defense counsel then sent Special Counsel Olsen a detailed discovery request letter asking for the evidence the defense had been seeking that was in the position of various Virginia law enforcement agencies. Special Counsel Olsen ignored the discovery request.  On 8/24/2021 the court heard a motion filed by defense counsel to dismiss the indictments for the commonwealth's failure to comply with the discovery order. Special Counsel Olsen asserted both on brief and in argument that he had provided the defense with everything in his case file. The court, ruling inconsistently with well established law refused to grant Riley Biro any relief whatsoever and Riley Biro was forced to seek a continuance. When seeking a continuance, Riley Biro, by counsel asserted his right to a speedy trial. When the court insisted on continuing the case until April of 2022 counsel asserted that that would be way too long of a delay and the court set the trial for November 1st, 3rd, and 4th of 2021.

**13**   Loudoun County Mental Health and Community services did not begin their evaluation of Riley Biro until mid October of 2021 and by the

end of October they had not completed their report. The court continued the trial until January upon its own motion because of this. The defendant, by counsel asserted his right to a speedy trial. In December of 2021 Riley Biro, proceeding pro se, filed a petition for a writ of habeas corpus in the Loudoun County Circuit Court asserting his continued pretrial detention was unlawful because his VA Constitution Article 1 Section 8 and 6th Amendment to The U.S. Constitution right to a speedy trial had been violated because he was held in jail, in solitary confinement without the option of posting bond after his trial had been continued twice as a result of the commonwealth's wilful misfeasance.  On January 7th of 2022 a hearing was held on several motions filed by defense counsel. One of these motions was a motion to dismiss the charges for the violation of Riley Biro's right to a speedy trial. In that hearing Deputy Ashley Frye testified that she had no independent recollection of the events on 3/15/2021. Olsen also admitted to the court that there were several exculpatory documents in his case file that the defense had been specifically requesting for months that he hadn't turned over. This was a retraction of his 8/24/2021 position that he had provided the defense with everything he had. The January trial date was ultimately continued because of a snowstorm. The continuation was made on the court's own motion and the trial was set for April.

Back at the jail Riley Biro, who was a teenager, remained in solitary confinement.

**14**    In February of 2022 Special Counsel Olsen wrote Riley Biro's defense attorney Alex Levay an email stating,

*"Riley Biro has been in jail way too long. I'll let him plead guilty to half of the charges in exchange for an agreed sentence that will result in his immediate release."*

Riley Biro, continuing to maintain his innocence, refused the plea offer. Later that month Riley Biro filed a petition for a writ of habeas corpus in federal court claiming his continued pretrial detention was illegal because it violated the 6th amendment to the US constitution's speedy trial clause.

**15**    Riley Biro's trial began on 4/6/2021. Before the jury was seated defense counsel moved the court to dismiss the indictments because Riley Biro's statutory and state and federal constitutional rights to a speedy trial had been violated. The defense submitted jury instructions on justified and excusable self defense in relation to the assault charge because the security camera footage of the altercation between Riley Biro and the bailiff showed the bailiff had thrown Riley Biro into the wall before Riley Biro had

struck him. The court refused these jury instructions without providing a rationale for its decision. Closing arguments were made on 4/8/2021 and the jury deliberated for several hours before returning a note informing the court they had decided to convict Riley Biro for assault on a law enforcement officer but could not reach verdicts on the other charges. The judge read the jury the Allen Charge. The jury returned to the deliberation room before immediately returning guilty verdicts on six of the seven charges acquitted him of the 2/20/2021 violation of a protective order. The Court indicated that there were several matters under advisement and instructed defense counsel to have motions to set aside the jury's verdict filed by 5/10/2022. Defense counsel instead negotiated a dispositional agreement with Special Counsel Olsen where the commonwealth would nolle prosequi half of the remaining charges- 2 of the 3 felonies and 1 of the 3 misdemeanors in exchanged for a sentence of time served plus 1 year of supervised probation with 1 year of imprisonment suspended. A part of this deal was the defendant had to waive his right to an appeal. Defense counsel advised their client that there were enough organically constitutional issues with his case that would be cognizable in a habeas corpus petition that would be fatal to the legal validity of his conviction that withstood the factual and procedural issues he would be defaulting by

waiving his right to appeal that he be still be exonerated by filing a petition for habeas corpus in the original jurisdiction of an appellate court. When the court entered the sentencing order it added a stipulation decreeing that Riley Biro leave and never return to Loudoun County.

16    Spending the entire time he was 19 years old in solitary confinement psychologically devastated Riley Biro. After being released he would have flashbacks that would cause him to punch himself and scream in anger and bite his hand. The mental anguish was so severe that Riley Biro was unable to talk in complete sentences. He considered suicide. During one of these flashbacks Riley Biro sent his father who had abused for 7 years straight an email vowing to exact revenge by killing his girlfriend and her daughter.  Riley Biro was charged with 2 felony threat charges in the Loudoun County JDR District Court. Those felony charges were dismissed due to a jurisdictional deficit. Riley Biro's probation was revoked because he had threatened his father.

17.    While Riley Biro was incarcerated in relation to the revocation of his probation he filed a petition for a writ of habeas corpus in the Virginia Supreme Court- the record number was 230074. The state supreme court

filed the petition on 1/31/2023. Riley Biro was released from prison on 2/6/2023. The state supreme court declined to grant any relief on 3/15/2023. On the basis that "Habeas Corpus cannot be used as an alternative to an appeal" The convictions still harm Riley Biro due to the loss of the ability to own a firearm, the fines and court costs, the loss of the ability to vote the social stigma, the limited job opportunities, and the possibility of these convictions being used as an aggravating factor if he were to be prosecuted in the future. The convictions further harm Riley Biro because pursuant to the sentencing order he cannot travel into or through Loudoun County, Virginia. This is especially harmful because Riley Biro is from Loudoun County and a large portion of his extended family still lives there. Not being able to enter Loudoun county also harms Riley Biro because the closest major Airport to his home in Gloucester is Dulles Airport which is located in Loudoun County.

# **Grounds for Relief**

# **Note: Damages Are Sought Against Each defendant Individually. I.E. Plaintiff Seeks $75,000,000 Against Each Defendant Individually**

## Not A Cumulative Of $75,000,000 From All The Defendants In The Claim Together.

1.)  The plaintiff seeks  $25,000,000 in compensatory, $25,000,000 in actual, and $25,000,000 in punitive damages for a cumulative total of $75,000,00 under 42 USC 1985(3) against defendants Timothy Flynn, Tavis Henry, Jim Dzurilla, Loudoun County Public Schools, and Mike Chapman for conspiring to retaliate against Riley Biro for utilizing his first amendment to the U.S. constitution right to free speech and retaliating against Riley Biro for supporting president Donald Trump.

2.)   The plaintiff seeks  $25,000,000 in compensatory, $25,000,000 in actual, and $25,000,000 in punitive damages for a cumulative total of $75,000,00 under 42 USC 1983 against defendants Tavis Henry, Mike Chapman, Loudoun County Public Schools for colluding to violate Riley Biro's 4th amendment right to be free from unreasonable searches and seizures by arresting him without probable cause on false allegations of a criminal violation of state law.

3.)   The plaintiff seeks  $25,000,000 in compensatory, $25,000,000 in actual, and $25,000,000 in punitive damages for a cumulative total of $75,000,00 against defendants Timothy Flynn and Loudoun County Public Schools for

Liable because Timothy Flynn while acting in his official capacity as a Loudoun County Public Schools employee wrote and published a false statement about Riley Biro.

4.) The plaintiff seeks $25,000,000 in compensatory, $25,000,000 in actual, and $25,000,000 in punitive damages for a cumulative total of $75,000,00 against defendants Timothy Flynn and Loudoun County Public Schools for assault because Timothy Flynn assaulted Riley Biro while acting in his official capacity as a Loudoun County Public Schools employee.

5.) The plaintiff seeks $25,000,000 in compensatory, $25,000,000 in actual, and

$25,000,000 in punitive damages for a cumulative total of $75,000,00 against defendants Timothy Flynn, Tavis Henry, Mike Chapman, and Loudoun County Public Schools under 42 USC 1983 for conspiring to arrest Riley Biro for exercising his rights under 42 USC 1981 and the 14th amendment to the US Constitution by filing and serving interlocutory process on Timothy Flynn in a legal action in state court where both parties were proceeding pro se.

6.) The Plaintiff seeks a declaratory judgment under 42 USC 1981 against defendants The Commonwealth of Virginia, Governor Younkin, A.G. Minayes, Loudoun County C.A. Buta Biberaj, Special Counsel Eric Olsen, and Judge Thomas

Horne decreeing that Riley Biro's criminal convictions ordered by the Circuit Court of Loudoun County on 6/13/2021 are legally void, are to be reversed, and the indictments are to dismissed with prejudice because the prosecution did not present sufficient evidence to sustain a conviction and additionally the convictions were obtained in violation of the laws of the United States.  (This claim is elaborated on in an attached memoranda.)


**<u>Notice the plaintiff demands a jury trial pursuant to Federal Rule of Civil Procedure 38(b)1.</u>**

Sworn under penalty of law (18 USC 1621) on this 2nd

day of April, 2023

Submitted respectfully,

Riley Dyson Biro

3140 Island Road

Gloucester VA 23061

**Federal: In The US District Court For the Eastern District of Virginia**

## **Newport News Division**

Riley Dyson Biro,

  Plaintiff,                Case No.

     V.

Timothy Flynn, Tavis Henry, Mike Chapman,

Jim Dzurilla, Loudoun County Public Schools, The Commonwealth of

Virginia, Governor Glenn Younkin, Attorney General Kevin Minayes,

Judge Thomas Horne, Loudoun County Commonwealth's Attorney

Buta Biberaj, Special Counsel Eric Olsen.

  Defendants.

## Notice to court in compliance with local civil rule 81.3(m)1

I, Riley Dyson Biro, the plaintiff certify that I have written this memoranda myself and have not been assisted by an attorney.

Sworn under penalty of law (18 USC 1621) on this 2nd day of

april 2023.

**Riley Dyson Biro**

**Plaintiff, Pro Se**

Riley.biro085@gmail.com

(757) 293-8529

**3140 Island Road**

**Gloucester VA 23061**